ACCEPTED
06-14-00147-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/25/2015 10:56:03 AM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-14-00147-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/26/2015 9:28:00 AM
DEBBIE AUTREY
Clerk

_____

ASIM SHAKUR RAHIM, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE COUNTY COURT AT LAW
LAMAR COUNTY, TEXAS
TRIAL COURT NO. 61685; HONORABLE BILL HARRIS, JUDGE

_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

_____

Gary D. Young, County and District Attorney
Lamar County and District Attorney's Office
Lamar County Courthouse
119 North Main
Paris, Texas     75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

1

CAUSE NO. 06-14-00147-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

_____

ASIM SHAKUR RAHIM, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE COUNTY COURT AT LAW
LAMAR COUNTY, TEXAS
TRIAL COURT NO. 61685; HONORABLE BILL HARRIS, JUDGE
_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38. The State of Texas moves this Court pursuant to the Texas Rules of Appellate Procedure

2

for an extension of time in which to file the Appellee's (State's) Brief upon good cause shown below.

## I.

On or about January 27, 2015, Asim Shakur Rahim (Rahim), the appellant, filed his brief in the above-styled and numbered appellate cause. The appellee's (State's) brief is due on or before Thursday, February 26, 2015. The State's first motion seeks an additional thirty (30) days in which to file its brief.

## II.

This is an appeal from the County Court at Law of Lamar County, Texas. The cause number in the County Court at Law was 61685.

## III.

The appellant, Rahim, filed a notice of appeal on or about August 18, 2014 in this Court. The District Clerk of Lamar County filed the Clerk's Record on or about September 18, 2014. The official court reporter filed the Reporter's Record on or about December 1, 2014.

The appellant, Rahim, filed the first (of two) motions for extension of time to file his brief, which this Court granted initially until January 21, 2015. After this deadline, Rahim filed his brief on or about January 25, 2015 along with a second motion for extension of time, which this Court

granted on January 27, 2015.

## IV.

The present deadline for filing the appellee's (State's) brief is Thursday, February 26, 2015. This Court has not granted a previous extension to the appellee (State) in the above-styled and numbered appellate cause.

Since the filing of appellant's brief, counsel for the appellee (State) began the preparation of a petition for writ of mandamus (06-15-00018-CR) on January 30, 2015, after the presiding judge of the Sixth Judicial District Court of Lamar County granted a motion for judgment notwithstanding the verdict on January 29, 2015 in cause number 25545 styled *The State of Texas v. Erica Lynn Fuller* in the Sixth Judicial District Court of Appeals at Texarkana. Counsel for the appellee (State) filed the petition for writ of mandamus on February 3, 2015 and, on the same day, filed a brief in cause number 06-14-00130-CR styled *Alvin Peter Henry, Jr. v. The State of Texas* in the Sixth Judicial District Court of Appeals (now set for submission on March 4, 2015).

In addition to the appellate filings, counsel for the appellee (State) prepared for a forfeiture hearing on February 4, 2015 in cause number 82670 styled *The State of Texas v. Block B, Lot 6 (David Keller)* along with a

suppression hearing in cause numbers 25886, 25928 and 25958 styled *The State of Texas v. Robert Daugherty* in the Sixth Judicial District Court of Rockwall County.   After the February 4th hearings, counsel for the appellee (State) was preparing on February 5-6 for a jury trial scheduled to begin on February 11th in the *Daugherty* case and was preparing a brief that was filed on February 10, 2015 in cause number 06-14-00130-CR styled *Alvin Peter Henry, Jr. v. The State of Texas*; in the Sixth Judicial District Court of Appeals at Texarkana (now set for submission on March 3, 2015).

On February 11th, Robert Daugherty entered a plea that resolved the cases, and counsel for the appellee (State) then prepared for (1) a revocation hearing in cause number 25084 styled *The State of Texas v. Leah McGarity*; (2) a punishment hearing in cause number 25857 styled *The State of Texas v. Amber Kenyon*; and (3) a punishment hearing in cause number 24466 styled *The State of Texas v. Bobby Glen Canida*[1]; all of which were pending in the Sixth District Court of Lamar County, Texas.   After February 11th, counsel for the appellee (State) had grand jury scheduled for February 12th.

On February 17th, counsel for the appellee (State) had a docket for revocations and plea bargains.  On February 18th, counsel for the appellee (State) had a docket for arraignments and pre-trials.  On February 19th,

---

[1]  *See Canida v. State*, 446 S.W.3d 601 (Tex. App.--Texarkana 2014, no pet.).

counsel for the appellee (State) had a jury trial set in cause number 23839 styled *The State of Texas v. James Battle*, although this case was later resolved by plea bargain.

On Monday, February 23rd, counsel for the appellee (State) has a hearing involving a juvenile, Christian Sims, in which the State is seeking to certify him as an adult for a murder trial.

Due to these circumstances, counsel for the appellee (State) is unable to complete the research necessary to prepare the brief in this appellate cause, thus necessitating this request for an extension of time. Insufficient time now remains to complete Appellee's Brief, but, if the time is extended another thirty (30) days to Thursday, March 26, 2015, the State will have sufficient time for completion with the time as extended.

V.

The purpose of this motion is not for delay, but so that justice may be had by all parties. Appellee requests that an extension of time until Thursday, March 26, 2015 be granted for the filing of Appellee's Brief, or until such time as this Court deems appropriate.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this

Court grant the State's Motion to Extend Time to File Its Brief in its entirety and grant the State of Texas an additional thirty (30) days in which to file its brief on or before Thursday, March 26, 2015, or until such time as this Court deems appropriate; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

By:_____
     Gary D. Young, County Attorney
     SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

**VERIFICATION**

STATE OF TEXAS     §
                     §
COUNTY OF LAMAR   §

BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Young, who after being duly sworn stated:

I am the attorney representing the Appellee in the above-styled and numbered appellate cause. I have read the foregoing First Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true

and correct to the best of my knowledge.

_____
Gary D. Young

SUBSCRIBED AND SWORN TO BEFORE ME on the 25th day of February, 2015, to certify which witness my hand and official seal.



_____
Notary Public, State of Texas

## CERTIFICATE OF SERVICE

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellee's (State's) Motion to Extend Time for Filing Brief has been served on the 25[th] day of February, 2015 upon the following:

Don Biard
McLaughlin Hutchison & Biard LLP
38 First Northwest
Paris, TX    75460

_____
GARY D. YOUNG